1  GREGORY C. CHENG, CA Bar No. 226865
   gregory.cheng@ogletreedeakins.com
2  JILL V. CARTWRIGHT, CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA 94105
5  Telephone:   415.442.4810
   Facsimile:   415.442.4870
6
7  Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
8

9  STANLEY E. POND, CA Bar No. 077797
   LAW OFFICES OF STANLEY E. POND
10 1710 S. Amphlett Blvd., Suite 306
   San Mateo, CA 94402
   Telephone:   650.341.0400
11 Facsimile:   650.403.0733

12 Attorney for Plaintiff
   ALMA DETRINIDAD
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 | ALMA DETRINIDAD,                | Case No.: 3:12-cv-05201-LB |
18 |     Plaintiff,                  | NOTICE OF SETTLEMENT AND [PROPOSED] STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE |
19 |     v.                          |  |
20 | THE HOME DEPOT U.S.A., INC.;    |  |
   | JENNIFER SUELZLE; and DOES 1 through 50, inclusive, | Date:  January 17, 2013<br>Time:  10:30 a.m.<br>Place: Ctrm C, 15th Floor |
22 |     Defendants.                 | Action filed: August 22, 2012 |

1  Plaintiff Alma DeTrinidad and Defendant Home Depot U.S.A., Inc. submit this Notice of
2  Settlement and Stipulation to Continue the Initial Case Management Conference currently
3  scheduled for January 17, 2013 at 10:30 a.m. in Courtroom C – 15th Floor.  The parties have
4  reached a tentative settlement agreement and are finalizing a settlement agreement.  In light of the
5  upcoming Case Management Conference, and in lieu of submitting a Joint Case Management
6  Conference Statement, the parties respectfully request the Court continue the Case Management
7  Conference to February 21, 2013 at 10:30 a.m. in Courtroom C – 15th Floor, 450 Golden Gate
8  Ave., San Francisco, CA 94102, so that the parties may finalize their settlement agreement.

10  DATED: January 10, 2013                OGLETREE, DEAKINS, NASH, SMOAK &
                                           STEWART, P.C.

12                                         By:   /s/ Jill Cartwright
13                                               GREGORY C. CHENG
                                                 JILL V. CARTWRIGHT

14                                         Attorneys for Defendant
15                                         HOME DEPOT U.S.A., INC.

17  DATED: January 10, 2013                LAW OFFICES OF STANLEY E. POND

18                                         By:   /s/ Stanley Pond
19                                               STANLEY E. POND

20                                         Attorneys for Plaintiff
                                           ALMA DETRINIDAD

23                           **SIGNATURE ATTESTATION**
24     Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
25  document has been obtained from the other signatories.

27  DATED: January 10, 2013                By:   /s/ Jill V. Cartwright
                                                 Jill V. Cartwright

## ORDER

Pursuant to stipulation by the parties, the Court hereby orders that the initial case management conference scheduled for January 17, 2013 is continued to February 21, 2013 at 10:30 a.m. in Courtroom C – 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102. The parties shall submit a Joint Case Management Conference Statement pursuant to the local rules by February 14, 2013.

IT IS SO ORDERED

Dated: 1/10/2013

_____
UNITED STATES MAGISTRATE JUDGE
LAUREL BEELER

14119044.1 (OGLETREE)