1  GREGORY C. CHENG, CA Bar No. 226865
   gregory.cheng@ogletreedeakins.com
2  JILL V. CARTWRIGHT, CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA 94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  HOME DEPOT U.S.A., INC.

8

9  STANLEY E. POND, CA Bar No. 077797
   LAW OFFICES OF STANLEY E. POND
   1710 S. Amphlett Blvd., Suite 306
10 San Mateo, CA 94402
   Telephone:    650.341.0400
11 Facsimile:    650.403.0733

12 Attorney for Plaintiff
   ALMA DETRINIDAD
13

14             UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16

17 | ALMA DETRINIDAD,                          | Case No.: 3:12-cv-05201-LB |
   |                                           |                            |
18 |        Plaintiff,                         | NOTICE OF SETTLEMENT AND   |
   |                                           | [PROPOSED] STIPULATION TO  |
19 |   v.                                      | CONTINUE THE INITIAL CASE  |
   |                                           | MANAGEMENT CONFERENCE      |
20 | THE HOME DEPOT U.S.A., INC.;              |                            |
   | JENNIFER SUELZLE; and DOES 1 through      | Date:      January 17, 2013 |
21 | 50, inclusive,                            | Time:      10:30 a.m.       |
   |                                           | Place:     Ctrm C, 15th Floor |
22 |        Defendants.                        |                            |
   |                                           | Action filed:  August 22, 2012 |

23

24

25

26

27

28

NOTICE OF SETTLEMENT AND [PROPOSED] STIPULATION TO
CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

1    Plaintiff Alma DeTrinidad and Defendant Home Depot U.S.A., Inc. submit this Notice of

2    Settlement and Stipulation to Continue the Initial Case Management Conference currently

3    scheduled for January 17, 2013 at 10:30 a.m. in Courtroom C – 15th Floor.  The parties have

4    reached a tentative settlement agreement and are finalizing a settlement agreement.  In light of the

5    upcoming Case Management Conference, and in lieu of submitting a Joint Case Management

6    Conference Statement, the parties respectfully request the Court continue the Case Management

7    Conference to February 21, 2013 at 10:30 a.m. in Courtroom C – 15th Floor, 450 Golden Gate

8    Ave., San Francisco, CA 94102, so that the parties may finalize their settlement agreement.

9

10   DATED:  January 10, 2013                    OGLETREE, DEAKINS, NASH, SMOAK &
                                                  STEWART, P.C.
11

12                                                By:  ___/s/ Jill Cartwright_____
                                                       GREGORY C. CHENG
13                                                     JILL V. CARTWRIGHT

14                                                Attorneys for Defendant
                                                  HOME DEPOT U.S.A., INC.
15

16

17   DATED:  January 10, 2013                    LAW OFFICES OF STANLEY E. POND

18                                                By:  ___/s/ Stanley Pond_____
19                                                     STANLEY E. POND

20                                                Attorneys for Plaintiff
                                                  ALMA DETRINIDAD
21

22

23                            **SIGNATURE ATTESTATION**

24          Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

25   document has been obtained from the other signatories.

26

27   DATED:  January 10, 2013                    By:  ___/s/ Jill V. Cartwright_____
                                                       Jill V. Cartwright
28

## ORDER

     Pursuant to stipulation by the parties, the Court hereby orders that the initial case management conference scheduled for January 17, 2013 is continued to February 21, 2013 at 10:30 a.m. in Courtroom C – 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.  The parties shall submit a Joint Case Management Conference Statement pursuant to the local rules by February 14, 2013.

     IT IS SO ORDERED

Dated: 1/10/2013

_____
UNITED STATES MAGISTRATE JUDGE
LAUREL BEELER

14119044.1 (OGLETREE)

2